**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/18
```

---------------------------------------------------------------X

MIAO XIN HU, on behalf of herself all others
Similarly situated,

　　　　　　　　　　Plaintiff,

　　　　-against-

17 **CIVIL** 9427 (ER)

**JUDGMENT**

IOVATE HEALTH SCIENCES U.S.A. INC.,
　　　　　　　　　　Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated October 12, 2018, Defendant's motion to dismiss

Plaintiff's complaint is GRANTED. As a result, Plaintiff's motion for summary judgment and

Defendant's motion to strike the class allegations are DISMISSED as moot.

**Dated:**　New York, New York
　　　　October 15, 2018

　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　BY:
　　　　　　　　　　　　　　　　　　*Kmargo*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Deputy Clerk**